IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

JOHN MONTI,

      Petitioner,

v.                                     CIVIL ACTION NO. 3:24-0740

DR. GAAL,

      Respondent.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Court dismiss Petitioner's Section 2241 Petition (ECF No. 1) and remove this mater from the Court's docket. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Petitioner's Section 2241 Petition (ECF No. 1) and **REMOVES** this mater from the Court's docket, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

                                      ENTER:        February 25, 2025

                                      ROBERT C. CHAMBERS
                                      UNITED STATES DISTRICT JUDGE